# Third District Court of Appeal

## State of Florida

Opinion filed December 18, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1106
Lower Tribunal No. 24-4307-CA-01
_____

**Aria Reserve 5005 LLC, and Aria Reserve 5601 LLC**,
Appellants,

vs.

**South Park Tower LLC**,
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Robert T. Watson, Judge.

Jones & Adams, P.A., W. Steven Adams, and Jorge E. Porro, for appellants.

Squire Patton Boggs (US) LLP, Jonathan R. Weiss and Amanda E. Preston, for appellee.

Before LOGUE, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Appellants Aria Reserve 5005, LLC and Aria Reserve 5601, LLC appeal an order denying their request for a temporary injunction. Based on the specific facts of this case, we reverse and remand for an evidentiary hearing on the motion. This will allow the parties an opportunity to fully address the issue raised by the trial court in its order. See Keys Citizens For Responsible Gov't, Inc. v. Florida Keys Aqueduct Auth., 795 So. 2d 940, 948 (Fla. 2001) ("Procedural due process requires both fair notice and a real opportunity to be heard."); Mathews v. Eldridge, 424 U.S. 319, 333 (1976) ("The fundamental requirement of due process is the opportunity to be heard 'at a meaningful time and in a meaningful manner.'") (internal citations omitted).

Reversed and remanded.